IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK LONON** | : | **CIVIL ACTION** |
| | : | |
| V. | : | **NO.: 20-CV-06384** |
| | : | |
| **INTECH CONSTRUCTION, INC.** | : | |

### ORDER

    **AND NOW, TO WIT:** On this **20th** day of **April, 2021**, it having been reported that the issues between the parties in the above-action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

    **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

    The Court will retain jurisdiction for 90 days to hear motions to vacate, modify, or strike from record, for cause shown, entry of the order of dismissal. Local Rule of Civil Procedure 41.1(b); see **Sawka v. Healtheast, Inc.** 989 F.2d 138 (3d Cir. 1993).

    **IT IS SO ORDERED.**

                                                                       **BY THE COURT:**

                                                                       */s/ Eduardo C. Robreno*
                                                                       *EDUARDO C. ROBRENO, J.*

cc:   All Counsel